# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 248 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MARCUS ANTHONY GAGOT, | : |
| | : |
| Petitioner | : |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 249 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MARCUS ANTHONY GAGOT, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.